DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CR. NO. 2018/0010-01 |
| v. ) | |
| ) | |
| DON-LUKE GEORGE ) | |
| ) | |
| _____ ) | |

TO:   Honorable Anne E. Thompson, District Judge
      AUSA Daniel Huston
      Gabriel Villegas, AFPD
      U.S. Marshals Service
      U.S. Probation & Pretrial Service

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and LRCr 56.1(b)(14)(A) and has entered a plea of guilty to Count One of the INFORMATION—CONSPIRACY TO POSSESS COCAINE WITH INTENT TO DISTRIBUTE. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count One and the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE

Date: 5/23/2019