DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

UNITED STATES OF AMERICA )
)
)
v. )
) Criminal No. 2018-0010-01
)
DON-LUKE GEORGE ) Charges:[1]
Defendant. )

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant as to Count One of the Information—CONSPIRACY TO POSSESS COCAINE WITH INTENT TO DISTRIBUTE—is accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing will be scheduled and conducted pursuant to separate notice.

SO ORDERED.

Date: 6/13/19

ANNE E. THOMPSON
District Judge

---

[1] Count One – Conspiracy to Possess Cocaine with Intent to Distribute; Count Two – Possession of Cocaine with Intent to Distribute.